Walter M. VAUGHN, Appellant,

v.

The STATE of Texas, Appellee.

No. 28920.

Court of Criminal Appeals of Texas.

March 27, 1957.

On Motion to Reinstate Appeal

May 8, 1957.

a term of five years, and a sentence ordering appellant's confinement in the penitentiary for five years. The appeal is therefore reinstated.

No statement of facts accompanies the record and there are no bills of exception.

The sentence failed to apply the indeterminate sentence law. It will be reformed so as to order appellant's confinement for a term of not less than two years nor more than five years.

As reformed, the judgment is affirmed.

No attorney for appellant of record on appeal.

Sam Cleveland, Dist. Atty., Stephenville, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be a conviction for murder with malice with punishment assessed at five years' confinement in the penitentiary.

The record before us fails to reflect the sentence of the trial court, without which this court has no jurisdiction to entertain the appeal.

The appeal is dismissed.

On State's Motion to Reinstate Appeal

WOODLEY, Judge.

A supplemental transcript has been forwarded to this Court which contains the judgment upon the jury's verdict assessing